TIME IN COURT: 20 min
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NO. 13-60165

VS.

Laurence Scott Siegel

SENTENCING MINUTES

DATE: February 21, 2014             Court Reporter: Francine Salopek
AUSA: Jared Hoyle                    Defense Counsel: Philip Horowitz
Interpreter: _____                 Deputy Clerk: Paul Arthur

____ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

____ Sentencing continued to __/__/__ at _____ am/pm

JUDGMENT AND SENTENCE

Imprisonment: _____ Months _____ Counts

_____

_____

Supervised Release: 3 years Probation

_____

_____

Conditions of Supervised Release: ___ Maintain Employment ___ Search of Property
___ Deportation ___ Drug/Alcohol Treatment ___ Financial Disclosure ___ No new debt
___ No self-employment without permission ___ Occupational Restriction
___ Computer restriction ___ Home Detention with/without Electronic Monitoring
Other _____
Assessment $100.  Fine None  Restitution _____
Remaining Counts Dismissed on Government Motion: _____
✓ Defendant advised of right to appeal.
___ Deft remanded to U.S. Marshal ___ Released on Bond pending Appeal
___ Deft to voluntary surrender to ___ designated institution or ___ Office of the U.S. Marshal
On or before _____
Recommendations to the Bureau of Prisons _____